AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:18-cr-10473 DPW |
| MARTIN WARD, | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant, Martin Ward.                                                                                                   .

Date:    December 14, 2018                                          s/Kevin L. Barron
                                                                                  *Attorney's signature*

                                                                         Kevin L. Barron, BBO 550712
                                                                              *Printed name and bar number*

                                                                              50 Congress St. - 6th Fl.
                                                                              Boston, MA 02109-4075

                                                                                  *Address*

                                                                         kevinbarronesq@gmail.com
                                                                                  *E-mail address*

                                                                              (617) 407-6837
                                                                                  *Telephone number*

                                                                              (617)  507-6333
                                                                                  *FAX number*