IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*UNITED STATES of AMERICA,*

   *v.*    Case No. 1:18-cr-10473 DPW

*MARTIN WARD*,
   Defendant.

CERTIFICATE OF SERVICE

Counsel certifies that he has caused the attorneys for all the parties to be served today with a true copy of defendant's "Appearance of Counsel" form (Doc. 3) through the CM/ECF system of this District as set forth in the Notice of Electronic Filing and that no party requires service by other means.

Dated: December 14, 2018

Respectfully submitted
Martin Ward, defendant,
By his attorney:
s/Kevin L. Barron
Kevin L. Barron, Esq.
50 Congress St. - 6th Fl.
Boston, MA 02109-4075
(617) 407-6837