IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

*UNITED STATES of AMERICA,*

    *v.*　　　　　　　　　　　　　　Case No. 1:18-cr-10473 DPW

*MARTIN WARD*,
        Defendant.

MOTION CONCERNING SURRENDER OF PASSPORT

    Defendant, Martin Ward, by his counsel, Kevin L. Barron, Esq., respectfully moves this Honorable Court for an order directing US Probation to keep defendant's Irish passport and not to forward or surrender the same to Department of State or Irish authorities.

    Mr. Ward, an Irish national and United States permanent resident alien, is scheduled to plead tomorrow to an information charging Operation of an Unlicensed Check Cashing Business under 18 USC §1960. Because the government and defendant find and have agreed in the plea agreement that Mr. Ward did not act with reckless disregard to the source of the funds, that the funds were not proceeds of lawful activity and that the funds themselves were to be used for a lawful purpose, defendant lands within the safe harbor provisions of USSG §2S1.3(b)(3) (Total Offense Level 4). Accordingly, the parties have

agreed pursuant to F.R.Crim.P. Rule 11(c)(1)(B) to recommend a sentence of two years' probation.

US Probation does not oppose this motion.  Counsel has corresponded in this regard with USPO Jennifer Broquist, who has been assigned to conduct defendant's bail review and Presentence Investigation.  Probation proposes that it would return the passport if the Court so orders upon motion of the defendant.  The passport would be returned to the defendant upon notice of foreign travel on order of Court, and then returned to this US Probation Office after travel is complete.  If ordered not to return the passport to foreign officials, Probation will keep it in the US Probation Office through the duration of his supervision.

Counsel contacted the government under LR 7.1 concerning this motion but the government has not replied.

In his bail interview Mr. Ward, in his early 60's, reported obtaining permanent resident alien status in 1990 and having non-trivial health issues.  He also reported residing in the Boston area since obtaining status.  Mr. Ward travels to Ireland approximately one to two times a year to attend funerals and visit family.

3

Dated January 14, 2019                    Respectfully submitted,
                                          Martin Ward, defendant,
                                          By his counsel,
                                          s/Kevin L. Barron
                                          Kevin L. Barron, Esq.
                                          50 Congress St.-6th Fl.
                                          Boston, MA 02109-4075
                                          (617) 407-6837

CERTIFICATE OF SERVICE

Counsel certifies that he has caused a true copy of this document to be served today on the attorneys for all the parties through the CM/ECF system of this District as set forth in the Notice of Electronic Filing and that no party requires service by other means.
                                          s/Kevin L. Barron