Waiver of Indictment

## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                    )<br>)<br>MARTIN WARD,                  )<br>)<br>Defendant.                     ) | Criminal No. 18-10473-DPW |

### WAIVER OF INDICTMENT

I, Martin Ward, the above-named defendant, who is accused of Operating an Unlicensed Money Transmitting Business, in violation of 18 U.S.C. § 1960, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on January 15, 2019 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

x _/s/ Martin Ward_____
Martin Ward
Defendant

_/s/ Kevin Barron_____
Kevin Barron
Counsel for the Martin Ward

Before: _/s/ Douglas P. Woodlock_____
U.S. District Judge